IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01523-PAB-KMT

TRENT WEST,
a California resident,

    Plaintiff,

v.

SHANE, CO.,
a Colorado corporation,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the Stipulation and Motion to Dismiss Claims Between Plaintiff Trent West ("West") and Defendant Shane Co. ("Shane") [Docket No. 26]. Having considered the stipulation between Shane and West and having entered the Stipulated Permanent Injunction Order Against Shane Co., [Docket No. 31], it is

**ORDERED** that the motion to dismiss [Docket No. 26] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, except that this Court shall retain

jurisdiction solely for the purpose of enforcing the Stipulated Permanent Injunction Order which has been entered in this matter. Each party shall bear its own attorneys' fees and costs.

DATED May 29, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge